IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE DOE 2**,

    Plaintiff,

vs.                                                        Case No. 22-cv-00590-LF-JHR

**TAOS MUNICIPAL SCHOOLS;**
**LILLIAN TORREZ, ROBERT TRUJILLO,**
**LISA ABEYTA-VALERIO**, and
**EMY DEHERRERA** in their individual capacities;

    Defendants.

**STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED
AMENDED MOTION TO PROCEED UNDER PSEUDONYM
AND FILE SEALED NOTICE OF HER TRUE IDENTITY (DOC. 10)**

THIS MATTER comes before the Court on Plaintiff's Unopposed Amended Motion to Proceed Under Pseudonym (Doc. 10) filed August 23, 2022. Defendants do not oppose the motion. Having reviewed the motion and other matters of record, and being fully advised, the Court finds the relief requested in Plaintiff's Motion is unopposed and states good cause for allowing the Plaintiff to continue proceeding under the pseudonym "Jane Doe 2" in this action, provided that she files a sealed notice accessible by the Court and counsel of record only which states her true identity.

IT IS THEREFORE ORDERED that Plaintiff's Amended Motion to Proceed Under Pseudonym and File Sealed Notice of her True Identity (Doc. 10) filed August 23, 2022, is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff shall continue proceeding under the pseudonym "Jane Doe 2" in this action.

IT IS FURTHER ORDERED that Plaintiff shall file a sealed notice (for which filing under seal is hereby granted) stating the true identity of the person who will be referred to as "Jane Doe 2" in all public pleadings in this action.

**IT IS SO ORDERED.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Approved by:

**ROTHSTEIN DONATELLI LLP**

*/s/ Arne R. Leonard*
CAROLYN M. "CAMMIE" NICHOLS
CAREY BHALLA
ARNE R. LEONARD
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com

*Attorneys for Plaintiff*


*German • Burnette & Associates, LLC*

*e-mail approval 8-23-22*
Elizabeth L. German
Cindy J. Cordova
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676
beth@germanassociates.com
cindy@germanassociates.com

*Attorneys for Defendants Taos Municipal Schools, Lillian Torrez, Robert Trujillo, Lisa Abeyta-Valerio and Emy DeHerrera*